■ In the Matter of KASEEM W. and Another, Infants. IRENE E., Petitioner. In the Matter of RODNEY W., Appellant, v COMMISSIONER OF ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent, and LEAKE AND WATTS SERVICES, INC., Respondent. [775 NYS2d 515]—

Order, Family Court, Bronx County (Clark V. Richardson, J.), entered on or about September 4, 2001, which denied petitioner-appellant's motion to vacate a prior order, same court and Justice, entered on or about August 21, 2001, which, upon petitioner-appellant's default, dismissed his custody petitions

and adjudged that his consent was not necessary for the adoption of the subject children, unanimously affirmed, without costs.

Family Court properly exercised its discretion in denying petitioner-appellant's motion to vacate his default, since, inter alia, petitioner-appellant made no showing that his consent was necessary for the children's adoption (*see Matter of Derrick T.*, 261 AD2d 108 [1999]). Although given the opportunity, petitioner-appellant failed to make any demonstration that he had maintained substantial and continuous or repeated contact with the children (*see* Domestic Relations Law § 111 [1] [d]; *Matter of James Q.*, 240 AD2d 841 [1997]). Concur—Nardelli, J.P., Saxe, Sullivan and Gonzalez, JJ.